# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re Subpoena Issued to Anadigics, Inc. | CIVIL ACTION NO.: 1:13-cv-03011-WSD-RGV |
| | (Pending in the U.S. District Court for the District of Maryland, Civil Action No. 8:11-cv-00945-DKC) |
| MAXTENA, INC., a corporation organized, incorporated, and existing under the laws of the State of Delaware, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: 1:13-cv-03013-WSD-RDV |
| JEREMY MARKS, an individual, | (Pending in the U.S. District Court for the District of Maryland, Civil Action No. 8:11-cv-00945-DKC) |
| Defendant. | |

## **NOTICE**

Pursuant to the Court's September 10, 2013 Order in Civil Action No 1:13-cv-0311-WSD-RGV (Docket No. 5) and Civil Action No. 1:13-cv-0313-WSD-RGV (Docket No. 3), the parties jointly inform the Court that the United States District Court for the District of Maryland (in Civil Action No. 8:11-cv-00945-DKC, District of Maryland) has granted Plaintiff Maxtena, Inc.'s motion for protective order in that case,

and that the ruling renders moot all pending motions in Civil Action No 1:13-cv-0311-WSD-RGV and Civil Action No. 1:13-cv-0313-WSD-RGV.

Respectfully Submitted,

Date: November 11, 2013

*/s/ John Da Grosa Smith*
John Da Grosa Smith
Attorney for Defendant Jeremy Marks
GA Bar # 660946
jdsmith@smithhorvath.com

**SMITH HORVATH LLC**
1320 Ellsworth Industrial Blvd.
Suite A1000
Atlanta, GA 30318
Phone: 404-605-9680
Fax: 404-935-5226

*/s/Matthew J. Gilligan*
Matthew J. Gilligan
Attorney for Plaintiff Maxtena, Inc.
GA Bar # 294955
mgilligan@hagllp.com

**HALL, ARBERY & GILLIGAN LLP**
3340 Peachtree Rd. NE
Suite 2570
Atlanta, GA 30326
Phone: 404-442-8777
Fax: 404 442-8775

*/s/Simon R. Malko*
Simon R. Malko
Attorney for Anadigics, Inc.
GA Bar # 467190
smalko@mmmlaw.com

**MORRIS, MANNING & MARTIN LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia 30326
Phone: (404) 495-3646
Fax: (404) 365-9532