IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAXTENA, INC., | |
| Movant, | CIVIL ACTION NO. |
| v. | 1:13-cv-03011-WSD-RGV |
| JEREMY MARKS, | (Pending in the United States District Court for the District of Maryland, Civil Action No. 8:11-cv-00945-DKC) |
| Respondent. | |

_____

In re Subpoena Issued to Anadigics, Inc.

| | |
|---|---|
| MAXTENA, INC., a corporation organized, incorporated, and existing under the laws of the State of Delaware,, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:13-cv-03013-WSD-RGV |
| JEREMY MARKS, an individual, | (Pending in the United States District Court for the District of Maryland, Civil Action No. 8:11-cv-00945-DKC) |
| Defendant. | |

_____

## **ORDER**

These cases involve a subpoena issued from this Court to non-party

Anadigics, Inc. ("Anadigics") by respondent Jeremy Marks ("Marks"), requesting

certain documents in connection with the underlying litigation in <u>Maxtena, Inc. v. Marks</u>, currently pending in the United States District Court for the District of Maryland in Civil Action No. 8:11-cv-00945-DKC (the "Underlying Litigation"). Pending before the Court are movant Maxtena, Inc.'s ("Maxtena") motion to quash the subpoena at issue and motion to transfer its motion to quash to the District of Maryland filed in Civil Action No. 1:13-cv-03011-WSD-RGV ("No. 3011"), <u>see</u> [No. 3011, Docs. 1 & 2], which Marks opposed, <u>see</u> [No. 3011, Docs. 3 & 4]. In addition, Marks filed a motion to compel Anadigics to comply with the subpoena at issue and to show cause why it, along with counsel for Maxtena and his law firm, should not be held in contempt in Civil Action No. 1:13-cv-03013-WSD-RGV ("No. 3013"), <u>see</u> [No. 3013, Doc. 1], which Anadigics opposed, <u>see</u> [No. 3013, Doc. 2].

On September 10, 2013, this Court stayed these proceedings since "the issues raised in these motions are similar to those raised in the motion for protective order filed by Maxtena and currently pending in the Underlying Litigation." <u>See</u> [No. 3011, Doc. 5 at 2; No. 3013, Doc. 3 at 2]. The parties have now advised the Court that the district court in the Underlying Litigation has granted Maxtena's motion for protective order in that case, which renders moot all the pending motions in No. 3011 and No. 3013. <u>See</u> [No. 3011, Doc. 6; No. 3013, Doc. 4]. Accordingly, all

pending motions in No. 3011 and No. 3013 are deemed **MOOT**, and the Clerk is hereby **DIRECTED** to administratively close these cases.

**IT IS SO ORDERED**, this 12th day of November, 2013.

_Russell G. Vineyard_
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE